UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN ANDREW ROUSSELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-846** |
| **JAMES D. CALDWELL** | **SECTION: "I"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Calvin Andrew Roussell, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Calvin Andrew Roussell is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2017.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**